**Order filed May 27, 2016**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-16-00342-CV**
**NO. 14-16-00350-CV**
_____

**In the Interests of D.J.L., Jr., A.J.I.L., and A.S.L., Children**

_____

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2014-05086J-C and 2014-05086J-A**

_____

## ORDER

These are accelerated appeals from judgments in a parental termination case. Appellant's briefs were due on **May 23, 2016**, and **May 26, 2016**. No briefs have been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, William Connolly, to file appellant's briefs no later than **June 6, 2016.** If the briefs are not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's briefs.


PER CURIAM